IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00649-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

WILLIAM R. STEVENSON,

        Plaintiff,

v.

R. CORDOVA, Captain at Colorado Territorial Correctional Facility, in his official and
        individual capacities,
D. NUNEZ, Captain at Colorado Territorial Correctional Facility, in his official and
individual capacities,
M. HOLLOWAY, Lieutenant at Colorado Territorial Correctional Facility, in his official
and individual capacities,
K. TOPLISS, Lieutenant at Colorado Territorial Correctional Facility, in his official and
individual capacities,
C. WILLIAMS, Lieutenant at Colorado Territorial Correctional Facility, in his official and
individual capacities,
H. WILLIAMS, Lieutenant at Colorado Territorial Correctional Facility, in his official and
individual capacities,
K. CLINKENBEARD, Sergeant at Colorado Territorial Correctional Facility, in her official
and individual capacities,
J. ESPINOZA, Sergeant at Colorado Territorial Correctional Facility, in his official and
individual capacities,
G. SULLIVAN, Sergeant at Colorado Territorial Correctional Facility, in his official and
individual capacities,
J. HANSON, Corrections Officer at Colorado Territorial Correctional Facility, in his
official and individual capacities,
J. SOTO, Corrections Officer at Colorado Territorial Correctional Facility, in his official
and individual capacities,
J. BUFMACK, Nurse at Colorado Territorial Correctional Facility, in her official and
individual capacities,
M. BENOVEDEZ, Sergeant at Colorado Territorial Correctional Facility, in his official
and individual capacities,
V. WOLFE, Grievance Coordinator at Colorado Territorial Correctional Facility, in her
official and individual capacities, and
A. BELL, Case Manager at Colorado Territorial Correctional Facility, in his official and
individual capacities,

Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, a state prisoner, has submitted to the court a Prisoner Complaint and a

Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the

court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the

documents are deficient as described in this order.  Plaintiff will be directed to cure the

following if he wishes to pursue any claims in this action.  Any papers that Plaintiff files

in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (statement submitted only shows account activity through December 31, 2013.  Account statement must be current for the six months immediately preceding the February 28, 2014 filing date)
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) xx is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form (must use the court's current form)
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other: _____.

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) ___ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved form for filing

a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 (with the assistance of his case manager or the facility's legal assistant), along

with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED March 3, 2014, at Denver, Colorado.

BY THE COURT:


 s/ Boyd N. Boland
United States Magistrate Judge