IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00649-CBS | Date: August 27, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

WILLIAM R. STEVENSON,                    *Pro Se* (by telephone)

Plaintiff,

v.

R. CORDOVA, *et al.,*                           Nicole Gellar

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session: 10:03 a.m.**
Court calls case.  Appearances of counsel.

The Court addresses Plaintiff's Motion to Order Service on Remaining Defendants or Extend the Time for Service [25].  4 of the defendants have not been served in this case.  The Court cannot force PERA to release residential addresses for the defendants.  The Plaintiff is responsible for providing the Marshal's with addresses for the remaining defendants for service.

The Plaintiff provides first names for defendants; Gary Sullivan, Aubrey Bell, Jessica Hanson, Jay Soto, and Carl Williams. Ms. Gellar will determine with the Attorney General's Office if service can be made on these defendants.  Ms. Gellar requests the Clerk of the Court to send another Request for Waiver form to Gary Sullivan, Aubrey Bell, Jessica Hanson, Jay Soto, and Carl Williams.

**ORDERED:**  Plaintiff's Motion to Order Service on Remaining Defendants or Extend the Time for Service [25] is **DENIED** without prejudice.

Discussion regarding Motion for In Camera Production and Inspection of Video Footage, DVD's, Pictures, and Other Evidence [26] and Plaintiff's Motion for Partial Summary Judgment [20].

Mr. Stevenson orally withdraws Motion for Partial Summary Judgment.

**ORDERED:**   Mr. Stevenson's oral Motion to withdraw Motion for Partial Summary Judgment is **GRANTED**.  Motion for Partial Summary Judgment [20] is **WITHDRAWN**.

Motion for In Camera Production and Inspection of Video Footage, DVD's, Pictures, and Other Evidence [26] is **DENIED** without prejudice.  Mr. Stevenson should pursue this discovery through more appropriate channels either under Rule 34 or Rule 35.

The Court explains the discovery process to the Mr. Stevenson.

Discovery cut-off: **January 5, 2015**
Dispositive Motion deadline: **February 9, 2015**
To ensure timely responses to discovery, discovery requests should be sent by December 1, 2014.

Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.  The Plaintiff may serve the number of discovery requests on each defendant and the defendants may serve the number of discovery requests collectively on the Plaintiff.

Parties shall designate affirmative expert **on or before: November 10, 2014**
Parties shall designate rebuttal experts **on or before: December 10, 2014**
Each side shall be limited to **10** depositions.

Hearing Concluded.

**Court in recess: 10:56 a.m.**
Time in court: 00:53

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.