IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00649-CBS

WILLIAM R. STEVENSON,
        Plaintiff,
v.

R. CORDOVA, Captain at Colorado Territorial Correctional Facility, in his official and individual capacities,
D. NUNEZ, Captain at Colorado Territorial Correctional Facility, in his official and individual capacities,
M. HOLLOWAY, Lieutenant at Colorado Territorial Correctional Facility, in his official and individual capacities,
K. TOPLISS, Lieutenant at Colorado Territorial Correctional Facility, in his official and individual capacities,
C. WILLIAMS, Lieutenant at Colorado Territorial Correctional Facility, in his official and individual capacities,
H. WILLIAMS, Lieutenant at Colorado Territorial Correctional Facility, in his official and individual capacities,
K. CLINKENBEARD, Sergeant at Colorado Territorial Correctional Facility, in her official and individual capacities,
J. ESPINOZA, Sergeant at Colorado Territorial Correctional Facility, in his official and individual capacities,
G. SULLIVAN, Sergeant at Colorado Territorial Correctional Facility, in his official and individual capacities,
J. HANSON, Corrections Officer at Colorado Territorial Correctional Facility, in his official and individual capacities,
J. SOTO, Corrections Officer at Colorado Territorial Correctional Facility, in his official and individual capacities,
J. BUFMACK, Nurse at Colorado Territorial Correctional Facility, in her official and individual capacities,
M. BENOVEDEZ, Sergeant at Colorado Territorial Correctional Facility, in his official and individual capacities,
V. WOLFE, Grievance Coordinator at Colorado Territorial Correctional Facility, in her official and individual capacities, and
A. BELL, Case Manager at Colorado Territorial Correctional Facility, in his official and individual capacities,
        Defendants.
_____

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL
_____

Magistrate Judge Craig B. Shaffer

1

This civil action comes before the court for personal service of the Complaint (Doc. # 1) on Defendants J. Soto and Carl Williams, as further identified by Plaintiff, Mr. Stevenson.  Mr. Stevenson is currently incarcerated and is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (*See* March 31, 2014 "Order Granting 28 U.S.C. § 1915 Motion" (Doc. # 8)).  Upon information and belief, Defendant J. Soto is employed by the Colorado Department of Corrections at the Colorado Territorial Correctional Facility assigned to the Special Operations Response Team or the Emergency Response Team.  (*See* Mr. Stevenson's Reply to Defendant's Response to Plaintiff's Motion to Order Service on Remaining Defendants or Extend the Time for Service (Doc. # 29) at ¶ 8).  Upon information and belief, Defendant Carl Williams is employed by the Colorado Department of Corrections at the Colorado Territorial Correctional Facility as a Lieutenant in the Food Service Department.  (*See id.*).  Accordingly,

IT IS ORDERED that the Clerk of the Court, where appropriate, shall attempt to obtain a waiver of service from **Defendants J. Soto and Carl Williams,** as identified above.  If a waiver of service cannot be obtained by the Clerk, the United States Marshal shall serve a copy of the Complaint (Doc. # 1) and summons upon Defendants J. Soto and Carl Williams.  Where appropriate, the Marshal shall first attempt to obtain a waiver of service pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that after service of process, Defendants J. Soto and Carl Williams shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 3rd day of September, 2014.

BY THE COURT:


   s/ Craig B. Shaffer
United States Magistrate Judge