IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-00649-CBS             Date: February 10, 2015
Courtroom Deputy: Amanda Montoya      FTR – Reporter Deck-Courtroom A402

*Parties:*                                                    *Counsel:*

WILLIAM R. STEVENSON,                      *Pro se* (by telephone)

Plaintiff,

v.

R. CORDOVA, *et al.*,                              Nicole Gellar

Defendant.

# COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 11:10 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:**   *MOTION [61] to Strike Proposed Testimony of Defendants Expert Witness and to Sanction the Attorney General* is **DENIED** as stated on the record.

To the extent the defendants wish to use Dr. Creany as an expert, Dr. Creany shall prepare a written report consistent with Rule 26(a)(2)(b). Dr. Creany is not required to provide a statement of compensation to be paid, but shall comply with the rule in all other respects. Dr. Creany's report shall be provided to Mr. Stevenson by **February 24, 2015.**

Ms. Gellar provides a copy of the defendants' initial disclosures to the court. Discussion regarding the defendants' initial disclosures.

**ORDERED:**   *Renewed MOTION [74] for Appointment of Counsel* and *Supplemental Renewed MOTION [78] for Appointment of Counsel* are **GRANTED.** Mr. Stevenson will be placed on the list for *pro bono* counsel.

Ms. Gellar states that the department of corrections is in the process of changing their policy in regards to inmates contacting inmates who have transferred to another facility who may be a witness to their case.

**ORDERED:**    Ms. Gellar shall send Mr. Stevenson a letter addressing what procedures he needs to follow to get letters to witnesses at other prison facilities.

If Mr. Stevenson wants to file an amended complaint, he needs to file for leave to file an amended complaint.

Mr. Stevenson addresses retaliation issue which prevents him from accessing the law library.

Mr. Stevenson is given leave to file a motion to compel if he thinks it is necessary.

**ORDERED:**    Parties shall sign and submit the proper Pilot Program Consent form.

HEARING CONCLUDED.

**Court in recess: 12:27 p.m.**
Total time in court: 01:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.