
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00649-CBS

WILLIAM R. STEVENSON,
    Plaintiff,
v.

R. CORDOVA, Captain at Colorado Territorial Correctional Facility, in his official and individual capacities,
D. NUNEZ, Captain at Colorado Territorial Correctional Facility, in his official and individual capacities,
M. HOLLOWAY, Lieutenant at Colorado Territorial Correctional Facility, in his official and individual capacities,
K. TOPLISS, Lieutenant at Colorado Territorial Correctional Facility, in his official and individual capacities,
C. WILLIAMS, Lieutenant at Colorado Territorial Correctional Facility, in his official and individual capacities,
H. WILLIAMS, Lieutenant at Colorado Territorial Correctional Facility, in his official and individual capacities,
K. CLINKENBEARD, Sergeant at Colorado Territorial Correctional Facility, in her official and individual capacities,
J. ESPINOZA, Sergeant at Colorado Territorial Correctional Facility, in his official and individual capacities,
G. SULLIVAN, Sergeant at Colorado Territorial Correctional Facility, in his official and individual capacities,
J. HANSON, Corrections Officer at Colorado Territorial Correctional Facility, in his official and individual capacities,
J. SOTO, Corrections Officer at Colorado Territorial Correctional Facility, in his official and individual capacities,
J. BUFMACK, Nurse at Colorado Territorial Correctional Facility, in her official and individual capacities,
M. BENOVEDEZ, Sergeant at Colorado Territorial Correctional Facility, in his official and individual capacities, and
A. BELL, Case Manager at Colorado Territorial Correctional Facility, in his official and individual capacities,,
    Defendants.

## ORDER DISMISSING DEFENDANTS WILLIAMS AND SOTO

Pursuant to Plaintiff's Notice of Voluntary Dismissal under Fed. R. Civ. P. 41, IT IS ORDERED that Defendants Henry Williams and Jason Soto are dismissed from this civil action, with each party to pay his own attorney fees and costs.

Dated at Denver, Colorado this 19th day of October, 2015

                                        BY THE COURT:

                                        s/Craig B. Shaffer
                                        United States Magistrate Judge